

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re:  Keith Russell Judd

No. 06-12-00118-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for lack of jurisdiction.  Therefore, we dismiss the petition.

RENDERED JANUARY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk